No. 03–526. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. SUMMERLIN. [Certiorari granted, 540 U. S.

1045.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.